# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAYMOND R. SANCHEZ,, | CV# 06-1282-HO |
| Plaintiff, | |
| v. | ORDER FOR STIPULATED FEES, COSTS AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3243.01 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $11.60 in costs and $19.31 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys..

DATED this 16th day of Oct., 2008.

Michael R. Hogan
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff